IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TONIA SCOTT,** : | |
| Petitioner : | |
| : | No. 1:20-cv-00828 |
| v. : | |
| : | (Judge Kane) |
| **PIKE COUNTY CORRECTIONAL** : | |
| **FACILITY, et al.,** : | |
| Respondents : | |

# ORDER

**AND NOW**, on this 16th day of September 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust her state court remedies;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
